**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New york__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   ELVIN CALVACHE

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
3. **Debtor's federal Employer Identification Number (EIN)**   83-1395138

4. **Debtor's address**

   **Principal place of business**
   
   2709 Johnson
   Number  Street
   
   Baldwin     NY    11510
   City        State  ZIP Code
   
   NASSAU
   County

   **Mailing address, if different from principal place of business**
   
   Number  Street
   
   P.O. Box
   
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number  Street
   
   City    State    ZIP Code

5. **Debtor's website** (URL)   _____

Debtor  ELVIN CALVACHE
        _____
        Name

Case number (if known)_____

6. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☑ Other. Specify: SOLE PROPRIETOR

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   5311

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   
   If more than 2 cases, attach a separate list.
   
   - ☐ No
   - ☑ Yes.  District  Eastern      When _____      Case number  8-2019bk72408
                                         MM / DD / YYYY
              District  Eastern      When  11/10/2022      Case number  8-2022bk73148
                                         MM / DD / YYYY

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **2**

Debtor __ELVIN CALVACHE_____  Case number (if known)_____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
                        Number    Street
                        _____
                        _____
                        City                              State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

---

Debtor  ELVIN CALVACHE
        Name

Case number (if known) _____

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/30/2023
MM / DD / YYYY

X _____  ELVIN CALVACHE
Signature of authorized representative of debtor    Printed name

Title  SOLE PROPRIETOR

### 18. Signature of attorney

X _____  Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN RE:                                                              )

ELVIN  CALVACHE                               ) Chapter 7
                                                                       )
              Debtor .                                       )
                                                                       )

## CORPORATE DISCLOSURE STATEMENT

The undersigned hereby certifies that debtor is a non-governmental corporate entity and does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: .June 30  2023

_____
Elvin   Calvache as owner of
Sole Proprietorship

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

IN RE:                                                              )

ELVIN CALVACHE                                        )   Chapter 7
                                                                        )
       Debtor .                                            )
                                                                        )

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1)and 7007.1, and LBR 1007-4

I am the sole proprietor/owner of the sole proprietorship ELVIN CALVACHE and I have personal knowledge of the matters set forth in this Statement.

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.

    __x__    There are no corporations that directly owns 10% or more of any class of debtor's equity interest:

    _____    The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

1. _____N/A_____
2. _____N/A_____
3. _____N/A_____

Name: Elvin Calvache , Owner/Sole Proprietor
Address: 2709 Johnson Place. ,
Baldwin NY 11510
Phone: (516) 225-8224
E-mail: elvin@516Calvache.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ELVIN CALVACHE | ) Chapter 7 |
| | ) |
| Debtor . | ) |
| | ) |

### CERTIFICATION OF CORPORATE RESOLUTION
### AUTHORIZING FILING OF CHAPTER 7 PETITION

I, Elvin Calvache, Owner of Sole Proprietor, existing under the laws of New York and having its principal place of business at 2709 Johnson Place., Baldwin NY 11510, hereby certify that the following is a true copy of a resolution adopted, in accordance and by the ELVIN CALVACHE Sole Proprietorship authority to file for bankruptcy and defend any and all actions affecting the Sole Proprietorship's interest, business or property or take action in the interest of its's owner including executing and assuming all property interest, claims, defenses and liens either in the name of the Sole proprietorship or in the owner's name.

*RESOLVED*: That the Sole Proprietorship approves the filing of the Chapter 7 petition as was or will be submitted to the United Bankruptcy Court Eastern district of New York;

*RESOLVED*: That the Owner of the Sole Proprietorship is hereby authorized to sign on behalf of the Sole Proprietorship any schedules and forms;

*RESOLVED FURTHER*: That the owner is hereby authorized and directed to certify to any interested party that this resolution has been duly adopted, is in full force and effect and is in accordance with the provisions under the ELVIN CALVACHE Sole Proprietorship
I further certify that this Sole Proprietorship is existing, and has the powers to take the action called for by the following resolution.

_____          06/30/23
ELVIN CALVACHE   Owner/Sole Proprietor          Date

Witness my hand Seal of this Proprietorship
On this 30 day of June 2023

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
                                           Case No:
In Re:                                     Chapter 7

   ELVIN   CALVACHE
                    Debtor
---------------------------------X
```

**AMENDED VERIFICATION  OF CREDITOR MATRIX/ LIST OF CREDITORS**

    The undersigned debtor or attorney for the debtor hereby verifies that the creditor matrix/list of creditors presented herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York
      June 30, 2023

                                                    Debtor-Elvin Calvache

US BANK NATIONAL ASSOCIATION  AS LEGAL
TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE
TRUST
100 Wall Street
New York, NY  10005


NASSAU COUNTY SHERIFF
240 Old country Road
Mineola, NY 11501