UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

|   |   |   |
|---|---|---|
| IN RE: | : | CASE NO.: 8-23-72355-ast |
|   | : |   |
| Elvin Calvache, | : | CHAPTER: 7 |
|   | : |   |
| Debtor | : | **Notice of Appearance** |
|   | : |   |
|   | : | HON. JUDGE.: ALAN S. TRUST |
|   | : |   |
|   | : |   |
|   | : |   |
|   | : |   |

--------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Truman Capital Advisors, LP as Attorney in Fact for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> **FRIEDMAN VARTOLO LLP**
> Attorneys for Truman Capital Advisors, LP as Attorney in
> Fact for US Bank National Association as Legal Title
> Trustee for Truman 2016 SC6 Title Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a

waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: August 28, 2023

By: /s/ Dinh Nguyen
Dinh Nguyen, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Truman Capital Advisors, LP as Attorney in Fact for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                    :
    IN RE:                                           :   CASE NO.: 8-23-72355-ast
                                                    :
    Elvin Calvache,                                  :   CHAPTER: 7
                                                    :
    Debtor                                           :   **Notice of Appearance**
                                                    :
                                                    :   HON. JUDGE.: ALAN S. TRUST
                                                    :
                                                    :
                                                    :
                                                    :
--------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

I, Dinh Nguyen, Esq., certify that on August 28, 2023, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached  Service  List annexed hereto.


By: /s/ Dinh Nguyen
Dinh Nguyen, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Truman Capital Advisors, LP as Attorney in Fact for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

## <u>SERVICE LIST</u>

Elvin Calvache
2709 Johnson
Baldwin, NY 11510
Pro Se Debtor

Kirschenbaum Kenneth
200 Garden City Plaza, Suite 315
Garden City, NY 11530
Bankruptcy Trustee

United States Trustee
560 Federal Plaza, Room 560
Central Islip, NY 11722
United States Trustee